IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICOLE NICKOLICH,

    Plaintiff,

v.

COUNTY OF LUZERNE

    Defendant.

3:24-CV-00580
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 7th DAY OF OCTOBER 2024,** upon consideration of Defendant's Motion to Dismiss, (Doc. 6), and the parties' submissions, it is **HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss for lack of subject matter jurisdiction, (Doc. 6), is **GRANTED**.

2. Plaintiff's declaratory judgment action is **DISMISSED WITHOUT PREJUDICE** to allow Plaintiff to refile or transfer her claim to state court, *see* 42 Pa. C.S.A .§ 5103(b).

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge